AO 442 (Rev. 01/09) Arrest Warrant                                                                    2234911

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:23-cr-00123 |
| v. | ) Assigned To : Moss, Randolph D. |
| David Maresca | ) Assign. Date : 4/13/2023 |
| | ) Description: Indictment (B) |
| Defendant | ) Related Case: 23-cr-42 (RDM) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     David Maresca

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy)
18 U.S.C. § 1343 (Wire Fraud)
18 U.S.C. § 1341 (Mail Fraud)
18 U.S.C. § 1957 (Monetary Transactions in Criminally-Derived Proceeds)
18 U.S.C. § 1519 (Falsification of Records in Bankruptcy)

Date: 04/13/2023

Moxila A. Upadhyaya — Digitally signed by Moxila A. Upadhyaya

*Issuing officer's signature*

City and state:   Washington, DC

MOXILA A. UPADHYAYA, UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

### Return

This warrant was received on *(date)* 4/13/2023, and the person was arrested on *(date)* 5/3/2023
at *(city and state)* Manassas V[irginia]

Date: 5/3/2023

*Arresting officer's signature*

BRAD KILKOUSKI, SPECIAL AGENT
*Printed name and title*