**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

DAVID MARESCA ET AL.,

Defendants.

23-cr-123-RDM

**DEFENDANT DAVID MARESCA'S MOTION TO**
**CONTINUE EXHIBIT AND WITNESS LIST DEADLINE**

Mr. Maresca respectfully seeks a continuance of the defendants' deadline to produce witness lists, exhibit lists, and exhibits. In support of this motion, Mr. Maresca states as follows:

1. The current deadline for the defendants to disclose witness lists, exhibit lists, and exhibits is next Monday, September 14, 2026. *See* 2/9/26 Minute Order.

2. Mr. Maresca seeks to continue the defendants' deadline to produce witness lists, exhibit lists, and exhibits until fourteen days after the Court issues a ruling on his pending motion to dismiss Counts 18 and 19, as this will affect the scope of the trial and inform what witnesses and exhibits he plans to use.[1] Federal Rule of Criminal Procedure 16(b)(1)(A)(ii) limits a defendant's disclosure obligation to only those documents that "the defendant intends to use . . . in the defendant's case-in-chief at trial." Before Mr. Maresca discloses his exhibits, therefore, he should know which charges he will have to meet. A short deferral of the deadline until after the

[1] At the August 27, 2026, hearing, the Court provided the government with an opportunity to supplement the record on Mr. Maresca's motion. *See* 8/27/26 Minute Order. Last Friday, September 4, 2026, the government informed the Court via email that it did not plan to make any further submissions.

Court rules on Mr. Maresca's motion to dismiss Counts 18 and 19 would ensure that Mr. Maresca will have the information necessary to make the required disclosure of his trial materials.

3. Alternatively, Mr. Marinelli's pending continuance motion may moot this request. On August 19, 2026, Mr. Marinelli filed a motion to vacate the trial date and continue all pre-trial deadlines. *See* Dkt. 280. The government took no position on Mr. Marinelli's motion to continue. *See* 8/27/26 Hr'g Tr. at 36:5-10. If the Court grants Mr. Marinelli's motion, that would moot this motion.

**CONCLUSION**

For the foregoing reasons, Mr. Maresca respectfully requests that the Court continue the defendants' deadline to provide exhibit lists, exhibits, and witness lists to fourteen days after the Court rules on Mr. Maresca's motion to dismiss counts 18 and 19.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Peter S. Jorgensen*
David M. Zinn (D.C. No. 435770)
Stephen L. Wohlgemuth (D.C. No. 1027267)
Feyilana Lawoyin (D.C. No. 90003372)
Danielle J. Sochaczevski (D.C. No. 1670662)
Peter S. Jorgensen (D.C. No. 90003145)
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
(202) 434-5000

*Counsel for David Maresca*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, I filed the above Motion to Continue on the Court's CM/ECF system, which caused notice to be sent to all parties.

*/s/ Peter S. Jorgensen*
Peter S. Jorgensen